# Exhibit 2

**From:** Travis Nichols
**Sent:** Wednesday, January 24, 2024 3:46 PM
**To:** 'Reece, Jennifer M CIV USN NAVFAC SW SAN CA (USA)' <jennifer.m.reece6.civ@us.navy.mil>
**Cc:** Kvendru, Renae A CIV USN NAVFAC SW SAN CA (USA) <renae.a.kvendru.civ@us.navy.mil>; Slade, Chad A CIV USN NAVFAC SW SAN CA (USA) <chad.a.slade.civ@us.navy.mil>; Koontz, Matthew T (Matt) CIV USN NAVFAC SW SAN CA (USA) <matthew.t.koontz.civ@us.navy.mil>; Kevin Kurz <kkurz@rqconstruction.com>; Travis Nichols <TNichols@rqconstruction.com>
**Subject:** RE: Use of Project Labor Agreements (PLAs) for Federal Construction Projects

Hello Ms. Reece,

Per your request in your below email, please see the attached documents. Of course if you have any questions or would like to discuss further, our team would be very willing to continue in conversation.

Thank you kindly for your attention to this important matter,

Travis

**Travis Nichols**
Director of Pursuits
**D.** 760-631-7707
**M.** 760-622-2482
tnichols@rqconstruction.com

RQ Construction, LLC
1620 Faraday Avenue
Carlsbad, CA 92008
760-631-7707
rqconstruction.com | linkedin



**From:** Reece, Jennifer M CIV USN NAVFAC SW SAN CA (USA) <jennifer.m.reece6.civ@us.navy.mil>
**Sent:** Wednesday, January 17, 2024 12:25 PM
**To:** hoja.rezvani@ar-pacific.com; pbaldi@baldibros.com; jbaldi@baldibros.com; achapman@baldibros.com; derek.tisdel@barnard-inc.com; stephen.christensen@asrcindustrial.com; wade@bradcoleconstruction.com; estimating@cjwconstruction.com; uyal@flatironcorp.com; carl@hefcongrp.com; rjimenez@reyesconstruction.com; sleathers@reyesconstruction.com; rshimokawa@reyesconstruction.com; George Rogers <grogers@rqconstruction.com>; Richard.dowsing@orionconstruction.com; Travis Nichols <TNichols@rqconstruction.com>; mark@orionconstruction.com; ryan@orionconstruction.com;

rob.wilson@orionconstruction.com; chad.opper@orionconstruction.com; hpowers@rcconst.net; njohnson@rcconst.net; rscott@rcconst.net; alert@balfourbeattyus.com; bcahill@balfourbeattyus.com; tberry@balfourbeattyus.com; pvaldez@balfourbeattyus.com; jgarlington@blharbert.com; mwaller@blharbert.com; jgriffith@blharbert.com; jamoore@blharbert.com; carlos.gonzalez@clarkconstruction.com; michael.guzzi@clarkconstruction.com; scott.wentworth@clarkconstruction.com; annabelle.macalister@clarkconstruction.com; SW-CandI_MACC@ecc.net; rmoreau@ecc.net; CCanon@ecc.net; BWest@ecc.net; cthorn@ecc.net; slawrence@ecc.net; dgolden@harperconstruction.com; jharper@harperconstruction.com; carl@hefcongrp.com; korte@korteco.com; derek.brauer@korteco.com; FederalContracting@mortenson.com; jeremy.wendt@mortenson.com; jim.mills@mortenson.com; andy.carney@mortenson.com; rburch@raburch.com; djk@raburch.com; dora@raburch.com; George Rogers <grogers@rqconstruction.com>; Travis Nichols <TNichols@rqconstruction.com>; jpfrye@sundt.com; rbuchanan@sundt.com; cmsullivan@sundt.com; mwhelan@walshgroup.com; dmcbride@walshgroup.com; sbryant@walshgroup.com; wbarsella@walshgroup.com; cchiparo@webcor.com; jitendra@webcor.com; greg@webcor.com; rarevalo@webcor.com; sam.abutaleb@whiting-turner.com; George Rogers <grogers@rqconstruction.com>; Travis Nichols <TNichols@rqconstruction.com>; peters@dpr.com; NAVFACSWMedicalMACC@gilbaneco.com; dbuessing@henselphelps.com; dbuessing@henselphelps.com; adam.kucera@kiewit.com; Keith.ramick@kiewit.com; pyance@robinsmorton.com; ndill@robinsmorton.com; ali.tweel@structsureprojects.com; kevin.rogers@structsureprojects.com; Phillip.brandon@structsureprojects.com; Phillip.brandon@structsureprojects.com; krista.scott@structsureprojects.com; keith.schaller@structsureprojects.com; tcaplis@walshgroup.com; egreen@walshgroup.com; scott@novagrp.com; hstewart@dutragroup.com; medde@dutragroup.com; shayashi@dutragroup.com; Federal.division@gcinc.com; keri.bond@gcinc.com; Jim.radich@gcinc.com; ken.olson@gcinc.com; brad.williams@gcinc.com; curtis.haldeman@gcinc.com; aaron.isle@gcinc.com; ryan.arnold@gcinc.com; jarviso@mansonconstruction.com; GAtkinson@MansonConstruction.com; LBEstimating@mansonconstruction.com; mike@marathonsd.com; dave@marathonsd.com; rayc@restaite.net; restaite@restaite.net; rjimenez@reyesconstruction.com; jarcher@tritonmarine.us; syuhl@tritonmarine.us; jdavis@turnagain.build; estrafford@tritonmarine.us; mmuldoon@tritonmarine.us

**Cc:** Kvendru, Renae A CIV USN NAVFAC SW SAN CA (USA) <renae.a.kvendru.civ@us.navy.mil>; Slade, Chad A CIV USN NAVFAC SW SAN CA (USA) <chad.a.slade.civ@us.navy.mil>; Koontz, Matthew T (Matt) CIV USN NAVFAC SW SAN CA (USA) <matthew.t.koontz.civ@us.navy.mil>
**Subject:** Use of Project Labor Agreements (PLAs) for Federal Construction Projects
**Importance:** High

Good morning!

Effective January 22, 2024, Final Rule (FAR Case 2022-003), implements Executive Order (E.O.) 14063, Use of Project Labor Agreements (PLAs) for Federal Construction Projects, which ***requires*** the use of PLAs in large-scale (defined as **$35 million or more**) Federal construction projects (including orders under indefinite-delivery indefinite quantity (IDIQ) contracts) within the United States unless an exception applies.  **This requirement applies to new solicitations, including task or delivery orders, issued on or after January 22, 2024.**

NAVFAC policy is that when a PLA is required it shall be submitted ***with proposals***. It is NAVFAC SW's intent to notify our MACC contractors when the PLA requirement will be included in a solicitation when we issue the draft Request for Proposal/ Offer, so that potential offerors have as much notice as possible to get PLAs in place prior to the proposal due date. While we can see waivers to PLA, the waivers are approved at the DASN level and we do not expect many to be approved unless there are extreme circumstances.

I understand that this PLA requirement on large-scale construction contracts will add additional requirements to each of you, but appreciate your continued interest and support to assist us with meeting our mission.  I am interested in hearing from you all on how the PLA requirement will impact the time to prepare their proposal, and any other information you may have to share.

Thank you!

Very respectfully,
Jennifer M. Reece
Director, Planning, Design and Construction Contracting Core
NAVFAC Southwest
750 Pacific Highway
San Diego, CA 92132
<span style="color:red">**New Number - Office: (619) 705-4514**</span>
Mobile: (619) 917-8368
jennifer.m.reece6.civ@us.navy.mil



---

The Department of Defense (DoD) is in the process of implementing a Cybersecurity Maturity Model Certification (CMMC) for doing business with the DoD. When this certification is implemented, all companies will be required to obtain the appropriate CMMC certification level based on the amount of Controlled Unclassified Information your company handles or processes. Based on the current draft, you will be required to have the CMMC in order to be a prime or subcontractor on any DoD work. Please visit https://www.acq.osd.mil/cmmc/ for additional information. This does not affect any current awards.

E-mail is susceptible to data corruption, interception, unauthorized amendment, tampering and viruses, and we only send and receive e-mails on the basis that we are not liable for any such corruption, interception, amendment, tampering or viruses or any consequences thereof.



## AGC's PLA Survey - Summary Statistics

President Biden has begun the regulatory process which will require federal prime contractors and subcontractors to engage in negotiation or agree to project labor agreements (PLAs) on federal construction projects valued at $35 million or more.  To inform the federal government and others as to the impact this regulation will have on contractors, AGC of America (AGC) conducted a Project Labor Agreement Survey.  This survey was conducted from April 21st 2022 until May 5th 2022.  Nearly 300 AGC member contractors responded to this survey.

Demographic data can be broken out along the following categories: Firms that had previous work experience under a government-mandated PLA, firms that had performed work for federally funded projects, firms that work under a Collective Bargaining Agreement, and firms that had bid or anticipated bidding on projects valued at $35 million or more.

### What Federal Construction Contractors have to say:

**78%** of respondents selected that they perform, or recently performed, federal construction projects as either a prime contractor or subcontractor.  These respondents were separated out and asked what impact E.O. 14063, if any, would have on their willingness and ability to execute federal construction projects.

- **Raise or Lower Cost** – **88%** responded it would **Raise costs,** compared to **0%** responded it would **Lower costs**.
- **Harder or Easier to Subcontract with Small Disadvantaged Businesses** (*e.g.* VOSB, SDVOSB, SDB, WOSB, HUBZone) – **82%** responded it would be **Harder**, compared to **5%** responded it would be **Easier**.
- **Harder or Easier to find Workers and/or Subcontractors** – **78%** responded it would be **Harder**, compared to **3%** responded it would be **Easier**.
- **Lengthen or Shorten the time to complete projects** – **73%** responded it would **Lengthen**, compared to **1%** responded it would **Shorten**.
- Only **6%** responded **No Impact** and **3%** responded **Unsure** as to whether E.O. 14063 would have an impact on federal construction projects.

### What Contractors that have worked under a Government-Mandated PLA have to say:

**35%** of survey respondents had performed work under a government-mandated PLA.  These respondents were separated out and asked whether a government-mandated PLA made it easier or harder for them or their subcontractors to find workers to keep projects on schedule and within budget.

- **67%**, or two-thirds, responded that a government-mandated PLA made it **Harder** to find workers needed to keep their projects on schedule and within budget.



- **10%** responded that a government-mandated PLA make it **Easier**.
- **19%** responded **No Difference**, and **3%** responded **Unsure**.

### What Contractors Operating under a Collective Bargaining Agreement have to say:

**38%** of survey respondents described their company as Sometimes (23%) or Always (16%) operating under a Collective Bargaining Agreement (CBA).  These respondents were separated out and asked what effect E.O. 14063 would have on union workforce supply if it were applied on federal construction projects of $35 million or more.

- **83%** responded the project **Will not** have enough union workers to guarantee on time and on budget delivery because the labor unions are facing shortages among their own ranks.
- **17%** responded the project **Will** have a sufficient number of union workers to guarantee on time and on budget delivery because the labor unions have enough workers ready and available to supply the project**.**

### Additional Highlights from this Survey:

- **Interest in bidding** – **73%** responded that they are **Not interested** in bidding if there is a government-mandated PLA on a federal construction project, compared to **27%** that responded they are **Still interested** in bidding.
- **Small Businesses** – **41%** responded that their company is a **Small business** under the Small Business Administration's Small Business Size Standard.



Jennifer M. Reece, Director, Planning, Design and Construction Contracting Core of NAVFAC SW:

In response to your recent NAVFAC SW communications related to the implementation of Executive Order (E.O.) 14063, Use of Project Labor Agreements (PLAs) for Federal Construction Projects, in large-scale (defined as $35 million or more) Federal construction projects (including orders under indefinite-delivery indefinite quantity (IDIQ) contracts) within the United States unless an exception applies, RQ Construction, LLC offers the following feedback that reflects our own experience, as well as insights gathered from knowledgeable and reputable market resources such as Associated General Contractors of America (AGC) and Associated Builders and Contractors (ABC):

- Overall responsiveness for the Government's Mission readiness and delivery of critical TOs and Projects will be impacted negatively due to the PLA mandate.
- Timing for delivering TOs and projects will be extended; (i) solicitations to meet Request for Proposal timing will be extended; and (ii) Project delivery and Contract Completion Dates as a result of a PLA will be extended.
- Funding for TOs and Projects will be impacted with higher costs and less competition as the Government would receive significantly less interest and fewer bids under a PLA.
- The majority of prime contractors and subcontractors would need to raise costs as a result of a PLA due to not being able to leverage most of the existing labor workforce, inefficient union work rules, loss of productivity, and increased compliance-related burdens, including Attorney fees and delay costs.
- Labor-management stability would become volatile under the terms and conditions within a PLA and the unknown effect of local Collective Bargaining Agreements when not addressed specifically in the PLA, creating undue management and administrative hardship including the potential multiemployer pension plan withdrawal liability.
- Significantly fewer qualified and specialized subcontractors will participate in PLA projects, which will increase costs and diminish quality.
- Small Business participation would become inconceivable to consider or meet with 97% of Small Businesses and Small Business Subsets reporting they are less likely to bid PLA Projects.
- Skilled labor shortages would be imminent.
- With no less than 84% and up to 93% of the reported workforce being non-union within the SW Region, use of a PLA would hinder recruiting and retaining skilled workforce.

With current litigation in process, how is NAVFAC approaching exceptions?

Thank you for your consideration,

George H. Rogers III
Chief Executive Officer
RQ Construction, LLC



# What Biden's Pro-PLA Final Rule and New Policies Mean for ABC Contractors

ABC Members-Only Webinar
January 17, 2024



# Brought to you by ABC's Strategic Partners

















# Overview of Government-Mandated Project Labor Agreements





# GOVERNMENT-MANDATED PLA MECHANICS

- ✓ PLA = A jobsite-specific (or multi-jobsite) collective bargaining agreement.

- ✓ Mandated or given preference by a government entity in a procurement (usually required via policy/EO/legislation/ordinance prior to issuance of bid documents) for construction services.

- ✓ Contractors must negotiate/execute PLA with construction unions to bid/win contracts.

- ✓ Local unions with jurisdiction on a project—sometimes 20+ crafts—are signatory to the PLA.

- ✓ Applies to all general contractors and subcontractors on a project, who must agree to the PLA terms and conditions via a letter of assent.

- ✓ The PLA is a master CBA—it streamlines each union's individual CBA with respect to certain terms and conditions—but defers to local CBAs when not addressed specifically in the PLA. So stakeholders must review all relevant CBAs and the PLA.

- ✓ PLA sets terms related to union strikes/labor disruptions, union jurisdiction and dispute resolution, work hours, wages/benefits, health and safety, apprenticeship and other items, many of which discourage competition from quality contractors.

- ✓ PLAs typically contain terms that harm union-free contractors and employees.



# STATE-BY-STATE CONSTRUCTION INDUSTRY NONUNION WORKFORCE DENSITY (2022)



Data source: Unionstats.com via BLS data



# STATE-BY-STATE CONSTRUCTION INDUSTRY UNION WORKFORCE DENSITY (2022)



*Data source: Unionstats.com via BLS data*



# GOVERNMENT-MANDATED PLAS REDUCE COMPETITION

 A project labor agreement mandate **artificially creates monopolies** for unionized contractors and union trade workers on taxpayer-funded construction contracts.

 PLAs **discourage competition** from quality local contractors and local construction professionals not affiliated with unions.

 PLAs often discourage most local merit shop contractors from bidding because PLAs can **harm a company's existing workforce that chooses not to belong to a union.**



# GOVERNMENT-MANDATED PLAS REDUCE COMPETITION



PLAs require contractors to obtain **most or all employees from union hiring halls and union apprenticeship programs. Union labor may not be local.**



PLAs **force** contractors and employees to follow inefficient and counterproductive union job classifications and work rules in local union collective bargaining agreements. This adds **additional costs** because it eliminates multiskilling and is a source of bureaucratic frustration for employees and contractors.



PLAs force contractors to pay into union benefit plans, including multiemployer union pension plans that can **put merit shop contractors at risk of huge pension withdrawal liabilities**, especially if the plans are underfunded.



# GOVERNMENT-MANDATED HARM NONUNION EMPLOYEES

 PLAs force existing local employees to accept union representation as a condition of employment, **without a union representation election.**

 Nonunion employees are **required to pay nonrefundable union dues** and/or join a union in order to work on a PLA project and receive earned benefits.

 PLAs require nonsignatory contractors to pay their employees' health and welfare fringe benefits to union benefit funds, **even if they have existing, high-quality plans**; Contractors pay into existing plans and "double" benefits costs are estimated at +35%.

 Nonunion employees **lose these benefits and extra fringe benefits compensation** unless they join a union; they experience a 34% reduction in pay and lose benefits due to PLA wage theft.



# GOVERNMENT-MANDATED HARM NONUNION EMPLOYEES







# GOVERNMENT-MANDATED PLAS INCREASE COSTS

 Government-mandated PLAs **increase affordable housing and school construction costs by 12% to 20%,** on average.

 Studies were conducted in **California, Connecticut, New Jersey, Ohio, Massachusetts and New York** on hundreds of school and affordable housing projects built with and without PLA mandates.

 The Obama administration's U.S. DOL Job Corps Center in New Hampshire had **three times as many bidders and saved 16% without PLA mandate.**

 Studies available at **TheTruthAboutPLAs.com** and **BuildAmericaLocal.com.**



# HOW DO GOVERNMENT-MANDATED PLAS INCREASE COSTS BY 12% TO 20%?



## Labor costs

- Risk: The best contractors can't use most or all of existing workforce.
- Inefficient union work rules and lost productivity.
- Double health and pension costs to any nonunion contractors who pursue PLA projects.



## Compliance costs

- Attorney costs and delays complying with PLAs, collective bargaining agreements referenced in the PLA, and union benefits plans.
- Risk: Multiemployer pension plan withdrawal liability.



## Competitive costs

- Economic theory in competitive bidding.
- Correlation between less competition and higher labor and construction costs.
- Prime contractors: Fewer quality subcontractors to choose from.

# FAIR AND OPEN COMPETITION: A WIN-WIN FOR TAXPAYERS AND THE ECONOMY

 Inclusive policy benefiting all of America's construction industry.

 Results in more long-lasting, high-quality construction projects built at the best possible price.

 Ensures taxpayer dollars are spent effectively, delivering more projects and jobs for the investment.

 Helps businesses, including diverse, local, small and MWDBE firms and workers compete and grow.

 Incentivizes and rewards productivity, innovation and value creation.

 Stimulates job growth, career enhancement and opportunity for all.



# Federal and State Policies on Government-Mandated Project Labor Agreements



# BIDEN: I'M THE "MOST PRO-UNION PRESIDENT"

WORK

**Biden promises to be 'the most pro-union president'—and union members in Congress are optimistic**

CNBC.COM

Published Wed, Dec 2 2020·9:15 AM EST · Updated Wed, Dec 2 2020·10:05 PM EST

**Biden stakes claim to being America's most pro-union president ever**

The Washington Post

**Biden's vow to be 'most pro-union president' tested in first year**

NEWS

*"You know, you've heard me say many times: I intend to be the most pro-union President leading the most pro-union administration in American history."* - Pres. Joe Biden, 9/8/21

BRIEFING ROOM

**FACT SHEET: Executive Order Establishing the White House Task Force on Worker Organizing and Empowerment**

APRIL 26, 2021 · STATEMENTS AND RELEASES



**Joe Biden** ✓
@JoeBiden

I make no apologies for being the most pro-union president in American history.

2:32 PM · 4/20/23 · **29.8M** Views

**Biden as 'Most Pro-Union President' Shows in House Spending Bill**

Nov. 5, 2021, 12:58 PM

Bloomberg Law

 



# ABC-LED FEDERAL COALITION: #NOPLAS IN INFRASTRUCTURE BILL AND ALL LEGISLATION

**BuildAmericaLocal.com** Coalition Website & Anti-PLA Campaign





**Don't Let Project Labor Agreement Mandates Stand in the Way of Rebuilding America.**

**LET'S WORK TOGETHER TO REBUILD AMERICA'S INFRASTRUCTURE.**

AMERIC... IS TURNING THE CO...

Successful #NoPLAs Campaign

American Council of Engineering Companies
American Fire Sprinkler Association
American Pipeline Contractors Association
American Road and Transportation Builders Association
Associated Builders and Contractors
Business Coalition for Fair Competition
Construction Industry Round Table
Electronic Security Association
Independent Electrical Contractors
National Association of Home Builders
National Black Chamber of Commerce
NFIB
National Ready Mixed Concrete Association
National Utility Contractors Association
Power and Communication Contractors Association
Small Business and Entrepreneurship Council
United States Hispanic Chamber of Commerce

## United States Senate
WASHINGTON, DC 20510

March 7, 2022

The Honorable Joseph R. Biden
President of the United States
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Dear President Biden:

We write to express our strong opposition to your administration's efforts to encourage and require project labor agreements (PLAs) on federal and federally assisted construction contracts funded by taxpaying citizens in our states. Executive Order 14063, which requires PLAs on federal construction contracts exceeding $35 million, will undermine taxpayer investment in public works projects financed by the American Rescue Plan Act, the Infrastructure Investments and Jobs Act, and additional legislation passed by Congress and signed into law free from language requiring or encouraging the use of PLAs.

Currently, 87.4% of the U.S. construction workforce does not belong to a union. Mandating PLAs will prevent qualified contractors from fairly competing for contracts on taxpayer-funded projects. These mandates will also deny critical construction jobs to local workers and small businesses and increase construction costs. A fair and open bidding process for federal construction projects would guarantee the best value for hardworking taxpayers located in all ge...

In addition, a variety of federal laws already promote... standards in federal contracting without forcing bidde... For these reasons, when given the option, federal age... large-scale federal construction projects built since Pr... to encourage the use of PLAs on federal projects of $... have been no reports of widespread delays, increased... the administration's rationale for E.O. 14063 – attribu... However, while we oppose federal mandates for PLA... the ability to award contracts to businesses that choos...

Twenty-four states have enacted measures that ensur... decision making process that will lead to better inves... more construction industry jobs, a vital part of econo... favoritism in the procurement of construction project... dollars. Further, they allow markets to determine the... government. We are also concerned that your admin... projects that are procured by state and local governm... legislation that does not reference PLAs.

Kevin Cramer
United States Senator

Cynthia M. Lummis
United States Senator

James E. Risch
United States Senator

Roger Marshall
United States Senator

Jerry Moran
United States Senator

John Barrasso, M.D.
United States Senator

CC: The Honorable Maria Cantwell, Chair, Senate Committee on Commerce, Science, and Transportation
The Honorable Roger Wicker, Ranking Member, Senate Committee on Commerce, Science, and Transportation



# PRESIDENT BIDEN'S PRO-PLA POLICIES AND EO

**Executive Order 14063, Signed Feb. 4, 2022, Effective Jan. 22, 2024**



- ❏ EO 14063: PLA requirement applies to all <u>federal</u> construction contracts of $35M (not $25M) or more. Estimated impact: 120 contracts totaling $10-14B per year.

- ❏ May make it difficult for federal agency contracting officers to opt out of mandating PLAs.

- ❏ FAR proposed rule issued Aug. 19, 2022; comments closed Oct. 18, 2022 (7,500 anti-rule comments filed); and final rule rescinding the Obama pro-PLA policy issued Dec. 22, 2023.

- ❏ Does not apply to federally assisted projects, but $260B+ of federal agency grant programs are pushing PLAs on private, state and local projects receiving federal dollars. See abc.org/PLAGrants



**ABC will continue its fight against government-mandated PLAs by:**

- ❏ Keeping this issue radioactive

- ❏ Leading the federal industry coalition at BuildAmericaLocal.com

- ❏ Supporting the Fair and Open Competition Act (<u>H.R. 1209</u>/<u>S. 537</u>), introduced by Sen. Todd Young, R-Ind., and Rep. James Comer, R-Ky. on Feb. 27.

- ❏ Public relations campaigns

- ❏ Grassroots advocacy

- ❏ Responding to federal agency PLA surveys

- ❏ Broad legal challenge/GAO bid protests



# PRESIDENT BIDEN'S PRO-PLA EO BLASTED



## The Washington Times
**Labor unions see rewards in Biden executive order on construction projects**

### WSJ | OPINION
Home  World  U.S.  Politics  Economy  Business  Tech  Markets  Opinion  Books & Arts

*Biden Says No Union, No Contract*
A new White House plan would steer federal funds toward Big Labor.

By The Editorial Board  Follow
Feb. 9, 2022 6:36 pm ET

**Construction firms hit Biden labor agreement plan that unions praise**
Perspective by Joe Davidson
Columnist
April 14, 2022 at 6:00 a.m. EDT
The Washington Post

### WSJ | OPINION
Home  World  U.S.  Politics  Economy  Business  Tech  Markets  Opinion  Books & Arts  Real Estate  Life & Work

OPINION | COMMENTARY
*Infrastructure Law Becomes a Biden Union Giveaway*
A new executive order grants closed shops a monopoly on contracts greater than $35 million.

By Ben Brubeck
Feb. 9, 2022 5:05 pm ET

FOX BUSINESS
INFRASTRUCTURE Published April 18
**Biden's executive order on project labor agreements a 'lose-lose' policy: Construction industry insider**
Biden's executive order on project labor agreements draws criticism from those in construction industry

THE HILL
**Biden is pro-union, not pro-worker**
BY REP. VIRGINIA FOXX (R-N.C.), OPINION CONTRIBUTOR — 02/11/22 10:30 AM EST
THE VIEWS EXPRESSED BY CONTRIBUTORS ARE THEIR OWN AND NOT THE VIEW OF THE HILL

February 16, 2022
10:00 AM EST    REUTERS
**Construction industry groups oppose Biden's executive order in letter to White House**

THE HILL
**Construction industry pushes back on Biden order for labor agreements**
BY KARL EVERS-HILLSTROM - 02/16/22 11:20 AM EST    76 COMMENTS

PEW
Stateline

## States to Feds: Don't Tell Us How to Spend Infrastructure Money
STATELINE ARTICLE   |   February 17, 2022   |   By: Alex Brown   Read time: 5 min


RGA
REPUBLICAN GOVERNORS ASSOCIATION
**18 GOP Governors Oppose Joe Biden's Attempts To Interfere With America's Construction Industry**
April 26, 2022 | General, RGA News



# PLA MANDATES ON FEDERAL CONTRACTS



**Total value of PLA mandate/preference contracts greater than $25M, FY2009-FY2023**

- ■ PLA
- ■ Non-PLA

Value of contracts: **$1.26 B**
**$164.39 B** 99.25%

Number of contracts: **12**
**2,487** 99.51%

*Source: USASpending.gov (accessed 12/4/23) cross-referenced with known list of federal government-mandated PLAs*

- Non-GMPLA contracts far outnumber GMPLA contracts by value (99.25%) and number of contracts (99.51%) on $165.63B of federal projects greater than $25M.

- There have been no federal GMPLAs during the Trump and Biden administrations.



# ABC MEMBERS WON THE MAJORITY OF LARGE-SCALE FEDERAL CONTRACTS >$25M, FY2009-FY2023, BY VALUE

| | # of Contracts | Percent of # of Contracts | Value (in $ billions) | Percent of Total Value |
|---|---|---|---|---|
| ABC | 1,196 | 47.86% | $87.65 | 53% |
| Non-ABC | 1,303 | 52.14% | $77.98 | 47% |
| Total | 2,499 | 100% | $165.63 | 100% |

*Source: USASpending.gov (accessed 12/4/23) cross-referenced with ABC membership as of 12/5/23.*



# Federal Contractors Believe Proposed PLA Rule Will Increase Costs, Reduce Competition and Quality

Responses to the following questions from participants who self-identified as federal contractors:







**2022 ABC member survey**



# Small Business Federal Contractors Less Likely to Bid on Federal Contracts Under Proposed PLA Rule; Believe It Will Decrease Minority, Women, Veteran and Disadvantaged Businesses Hiring

Case 1:25-cv-00607-LLA   Document 32-1   Filed 02/28/25   Page 49 of 59   Page ID # 1052

Responses to the following questions from participants who self-identified as federal contractors that qualify as small businesses under SBA's size standards:



**More or less likely to bid under new rule?**

More Likely 3%

Less Likely 97%



**Do PLAs increase or decrease minority, women, veteran, and disadvantaged business hiring?**

Increase 1%

No Impact 26%

Decrease 73%

**2022 ABC member survey**



# Proposed PLA Rule Discourages Competition From Firms Who Are Not Federal Contractors

Responses from non-federal contractors to the question, "Based on what you know about the FAR Council's proposed rule, which would require government-mandated PLAs for all federal contracts over $35 million with limited exceptions, if this rule is finalized would you be more or less likely to begin or continue bidding on federal contracts in the future?"



**More or less likely to bid under new rule?**

More Likely
1%

**Less Likely
99%**



PLAs take away from the rights of business owners and employees who have chosen not to affiliate with labor organizations. It restricts employee choice by forcing affiliation."

**2022 ABC member survey**



# Number of Construction Industry Small Businesses Awarded Federal Contracts Declined 60% From 2010-2020



**Vendor Counts of Small Businesses in Construction**

| FY | Small Business | SDB | SDVOSB | HUBZone | WOSB | 8A | SBGR |
|---|---|---|---|---|---|---|---|
| 2009 | 13960 | 3460 | 1268 | 1721 | 2245 | 2024 | 16186 |
| 2010 | 15114 | 3946 | 1555 | 1892 | 2473 | 2225 | 17644 |
| 2011 | 13803 | 3896 | 1491 | 1726 | 2333 | 2168 | 16335 |
| 2012 | 12400 | 3696 | 1400 | 1416 | 2156 | 2047 | 14510 |
| 2013 | 11000 | 3976 | 1292 | 1199 | 1903 | 1856 | 12690 |
| 2014 | 11147 | 4466 | 1216 | 1067 | 1936 | 1819 | 12706 |
| 2015 | 10115 | 4298 | 1163 | 995 | 1805 | 1707 | 11724 |
| 2016 | 9818 | 4429 | 1133 | 937 | 1838 | 1682 | 12465 |
| 2017 | 9583 | 4495 | 1160 | 946 | 1827 | 1631 | 12146 |
| 2018 | 9338 | 4592 | 1202 | 948 | 1817 | 1616 | 11424 |
| 2019 | 8596 | 4363 | 1202 | 975 | 1664 | 1528 | 10504 |
| 2020 | 8389 | 4451 | 1184 | 1012 | 1644 | 1486 | 10191 |

*Note: The Micro Purchase Threshold (MPT) changed from $3,500 to $10,000 in 2018. Agency adoption varied. This means some small businesses who received contracts in the $3,500 - $10,000 range may not be reflected in vendor counts post 2018.

Source: Small Business Goaling Report, FY09 - FY20



# EO 14063 FINAL RULE OVERVIEW

## Scope

❑ PLAs required on all **<u>federal</u>** agency contracts for construction services of $35M or more, including IDIQ contracts, effective Jan. 22, 2024.

❑ PLA applies to all project prime contractors and subcontractors.

❑ PLAs can be mandated on contracts less than $35M, if justified.

❑ Rule does not apply to federally assisted projects procured by private owners and state and local governments ("this final rule applies to FAR-based contracts; however, nothing in this rule precludes contractors working on grant-funded projects from entering into PLAs." See Sec. 7 of EO).

❑ FAR Council estimated rule will apply to 120 federal contracts totaling $10-14B per year.

❑ May not apply to all contracts as there is a PLA exception provision.

❑ Federal Contracting officer training?



# EO 14063 FINAL RULE OVERVIEW

*Q: What terms are required in the PLA?*

*A:* "Sec. 4.  Requirements of Project Labor Agreements. Any project labor agreement reached pursuant to this order shall:

(a)  bind all contractors and subcontractors on the construction project through the inclusion of appropriate specifications in all relevant solicitation provisions and contract documents;

(b)  allow all contractors and subcontractors on the construction project to compete for contracts and subcontracts without regard to whether they are otherwise parties to collective bargaining agreements;

(c)  contain guarantees against strikes, lockouts, and similar job disruptions;

(d)  set forth effective, prompt, and mutually binding procedures for resolving labor disputes arising during the term of the project labor agreement;

(e)  provide other mechanisms for labor-management cooperation on matters of mutual interest and concern, including productivity, quality of work, safety, and health; and

(f)  fully conform to all statutes, regulations, Executive Orders, and Presidential Memoranda."



# EO 14063 FINAL RULE OVERVIEW

## Q: Are there exceptions to the blanket PLA mandate policy?

**A:** Yes, exceptions to blanket PLA mandate policy are permitted in Section 5 of the EO and rule if "(1) requiring the PLA on the project would not advance the Federal Government's interests in achieving economy and efficiency in Federal procurement. The exception shall be based on one or more of the following factors:

(A) The project is of short duration and lacks operational complexity.
(B) The project will involve only one craft or trade.
(C) The project will involve specialized construction work that is available from only a limited number of contractors or subcontractors.
(D) The agency's need for the project is of such an unusual and compelling urgency that a project labor agreement would be impracticable.

(ii) Market research indicates that requiring a project labor agreement on the project would substantially reduce the number of potential offerors to such a degree that adequate competition at a fair and reasonable price could not be achieved. (See 10.002(b)(1) and 36.104). A likely reduction in the number of potential offerors is not, by itself, sufficient to except a contract from coverage under this authority unless it is coupled with the finding that the reduction would not allow for adequate competition at a fair and reasonable price.

(iii) Requiring a project labor agreement on the project would otherwise be inconsistent with Federal statutes, regulations, Executive orders, or Presidential memoranda."



# EO 14063 FINAL RULE OVERVIEW

*Q: How will such factors be considered by contracting officers?*

*A:* "(2) Considerations. When determining whether the exception in paragraph (d)(1)(ii) of this section applies, contracting officers shall consider current market conditions and the extent to which price fluctuations may be attributable to factors other than the requirement for a project labor agreement (e.g., costs of labor or materials, supply chain costs). Agencies may rely on price analysis conducted on recent competitive proposals for construction projects of a similar size and scope."

*Q: What topics will be considered in market research?*

*A:* "(2) Contracting officers conducting market research for Federal construction contracts, valued at or above the threshold in paragraph (c)(1) of this section, shall ensure that the procedures at 10.002(b)(1) involve a current and proactive examination of the market conditions in the project area to determine national, regional, and local entity interest in participating on a project that requires a project labor agreement, and to understand the availability of unions, and unionized and non-unionized contractors. Contracting officers may coordinate with agency labor advisors, as appropriate."



# EO 14063 FINAL RULE OVERVIEW

***Q: Who is the senior procurement official that grants the PLA exception, exactly?***
**A:** "FAR 2.101 identifies the senior procurement executive as the responsible official for management direction of the acquisition system in an executive agency (41 U.S.C. 1702(c))."

***Q: What is the procedure for a senior procurement official to grant the PLA exception?***
*A:* "The new procedures require the contracting officer to prepare a written explanation to request an exception and route the request for approval by the senior procurement executive."

***Q: Will exemptions be posted for public review?***
*A:* Yes. "The final rule implements section 6 of the E.O., which requires agencies to publish data and descriptions of the waivers granted on a centralized public website by the solicitation date to the extent permitted by law and consistent with national security and executive branch confidentiality interests." Public shaming of contracting officers/agencies and research on non-PLA projects is a likely outcome.



# EO 14063 FINAL RULE OVERVIEW

*Q: Can agencies mandate a PLA on a project less than $35m?*

*A: Yes, under certain circumstances. There are six factors agencies may consider:*

"(i) The project will require multiple construction contractors and/or subcontractors employing workers in multiple crafts or trades.

(ii) There is a shortage of skilled labor in the region in which the construction project will be sited.

(iii) Completion of the project will require an extended period of time.

(iv) Project labor agreements have been used on comparable projects undertaken by Federal, State, municipal, or private entities in the geographic area of the project.

(v) A project labor agreement will promote the agency's long term program interests, such as facilitating the training of a skilled workforce to meet the agency's future construction needs.

(vi) Any other factors that the agency decides are appropriate."



# EO 14063 FINAL RULE OVERVIEW

## PLA Mechanics and Content

❑ Federal agency PLA determination must be set prior to publication of the federal agency solicitation.

❑ Final rule permits federal agencies to require submittal of PLA with an offer, prior to award, or after award. (All have pitfalls).

❑ Only employers and unions (not the government) may negotiate/execute the PLA.

❑ Employers may negotiate and execute a PLA with any union, not just construction trade unions/members of NABTU.

❑ PLA applies to general contractor and subcontractors.

❑ Terms of PLA may vary, but there are minimum requirements.



# EO 14063 FINAL RULE LITIGATION

## Federal Agency PLA Survey Response Strategy

❑ Prepare list of ABC federal prime contractors and subcontractors to help facilitate participation in the federal agency PLA surveys/research.

❑ ABC National will help: NoPLASfed@abc.org

## Litigation Strategy

❑ AGC lawsuit filed Jan. 10 in 5th Circuit in Western Louisiana U.S. District Court

❑ ABC Litigation Strategy

❑ GAO Bid Protests

# BIDEN PUSHES PLAS ON AT LEAST $260B+ OF FEDERALLY ASSISTED PRIVATE, STATE AND LOCAL CONSTRUCTION











- **Track federal pro-PLA policies at ABC.org/PLAgrants**
- Treasury pushing PLAs on $350B of ARPA money for water, sewer and broadband.
- USDA's Rural Utilities Service pushing PLAs on state and local rural applicants for broadband infrastructure projects.
- Many USDOT grant programs encourage and give extra credit to applicants committing to GMPLAs.
- Interior promoting PLAs on offshore wind.
- Commerce pushing PLAs on broadband and private CHIPS manufacturing.
- Inflation Reduction Act/IRS pushing PLAs on clean energy.
- White House Task Force on Unions indicates more to come.

WHITE HOUSE TASK FORCE ON WORKER ORGANIZING AND EMPOWERMENT

REPORT TO THE PRESIDENT

# WHITE HOUSE PUSHES, BUT DOES NOT REQUIRE, PROJECT LABOR AGREEMENTS ON CHIPS ACT FUNDING







- Roughly $50 billion in federal assistance for U.S. semiconductor manufacturers via CHIPS Act.
- CHIPS for America Office created by the Department of Commerce.
- Its first Notice of Funding strongly encourages, **but does not require**, applicants to mandate PLAs.
- Page 55 of the NOFO offers PLA Alternative in its Construction Workforce Plan's "project workforce continuity plan," detailing workforce development, labor unrest mitigation, jobsite safety and worker pay policies to "timely deliver" the project.

- Similar push for federal grant recipients to mandate PLAs (but no requirements) under IIJA, Inflation Reduction Act clean energy tax incentives and other programs.
- Track federal pro-PLA policies at ABC.org/PLAgrants.
- ABC chapters offer more than 450 government-registered apprenticeship programs at www.abc.org/GRAPmap.



# IRA CLEAN ENERGY TAX CREDITS

**IRS/Treasury Inflation Reduction Act Labor Policies**

❑ Unprecedented expansion of labor policy via federal tax incentives on <u>private</u> clean energy construction projects.

❑ Applies to <u>construction, alteration or repair</u> of solar, wind, hydrogen, carbon sequestration, electric vehicle charging stations and other clean energy projects.

❑ Slashes traditional tax credits from 30% to 6%.

❑ Replaced with baseline credit of 6% and new bonus rate of 30% (5x base rate).

❑ Bonus rate can only be achieved if developers meet Davis-Bacon *and* government-registered apprenticeship requirements for most programs.

❑ Effective Jan. 29. 2023, 60 days after IRS/Treasury guidance.

❑ ==IRS/Treasury Aug. 2023 NPRM PLA coercion: Significant willful PWA penalties *waived if owner requires a PLA*.==

❑ ABC submitted 54-page comment letter Oct. 30, 2023.

❑ ABC and government IRA resources available at abc.org/IRA.



# FEDERALLY ASSISTED PLA MANDATE CONTRACTS

**732 U.S. DOT FHWA-approved PLA mandates on state and local construction contracts**

May 2010-Jan. 27, 2023, estimated cost of contracts, in millions of USD

Estimated value from 656 state projects: **$19.18B**
Estimated value from 76 Chicago projects: **$871.9M**
**Total: $20.05B**

**IL, NY and CA spent the most money** on federally assisted projects subject to government-mandated project labor agreements



*Cost amounts based on U.S. DOT FHWA data May 2010 through Feb. 13, 2023, FOIA response received March. 6, 2023; project count includes total contracts approved by FHWA, project cost estimates from FHWA data.



# 25 STATES ENSURE FAIR AND OPEN COMPETITION

No policy prohibiting or encouraging use of PLAs ■ Enacted pro-PLA bill or EO encouraging government-mandated PLAs

Enacted bill or EO prohibiting government-mandated PLAs (year enacted)  *Policy prohibiting government-mandated PLAs rescinded*



*Source: ABC's FOCA State database, www.abc.org/PLA*



Associated Builders and Contractors

# CONSTRUCTION CAPITAL OUTLAY PROTECTED FROM GMPLAS VIA STATE FOCA LAWS (BILLIONS USD, 2007-2022)

Policy prohibiting government-mandated PLAs    Policy encouraging use of PLAs

Total capital outlay protected from state government-mandated PLAs, **2007-2022: $1.08 trillion**

Total capital outlay protected in 2022: **$154.96 billion**

*Data Source: Total U.S. State and Local Construction Capital Outlay, U.S. Census Bureau*



# VISIT THETRUTHABOUTPLAS.COM AND BUILDAMERICALOCAL.COM



**Facebook.com/TheTruthAboutPLAs**
**Twitter: @TruthAboutPLAs**





# GMPLAs:
# A Political Problem



# THE CYCLE OF GOVERNMENT-MANDATED PLA CORRUPTION

The Cycle of Government-Mandated Project Labor Agreement Corruption

- Politicians Mandate PLA on Public Projects
- Unionized Contractors Win Contracts on PLA Job
- Union Members Perform Work
- Unions Collect Dues from Union Members
- Unions Collect Fees From Union Contractors
- Union Members Contribute to Union PACs
- Union Coffers & PACs Help Elect PLA-Friendly Politicians
- Unions Lobby For More PLAs

# 2021-2022 NABTU-AFFILIATED UNIONS FEDERAL PAC FINANCIAL SUMMARY





**Total Receipts: $65,557,109.07**

**Total Disbursements: $62,215,461.51**

Source: FEC Data for '21-'22 cycle



# 2021-2022 NABTU-AFFILIATED UNIONS FEDERAL PAC GIVING



**Total to Republican Candidates: $1,305,873 (9%)**
**Total to Democratic Candidates: $13,214,953 (91%)**
**Total Contributions: $14,520,826**

■ **Republicans**
■ **Democrats**

Source: FEC Data for '21-'22 cycle

# How Can You Fight for Fair and Open Competition?





# ACTION ITEMS

✓ **Educate employees, peers and industry leadership. Elections matter!**

✓ **Ask your lawmakers to cosponsor the Fair and Open Competition Act (H.R. 1209/S. 537), introduced by Rep. James Comer, R-Ky., and Sen. Todd Young, R-Ind. In the 118th Congress, restricting government-mandated PLAs on federal and federally assisted construction projects.**

✓ **ABC [grassroots alert](#):**

**Contact Your Legislator**

✓ **Arrange lawmaker visits to jobsites or industry events.**

✓ **Encourage federal contractors to complete federal agency PLA surveys to determine if a PLA is appropriate for a large-scale federal project. Utilize templates and alerts circulated by ABC National/chapters as PLA mandates are possible before EO final rule issued.**

✓ **Educate the public, industry peers, stakeholders and employees about this threat using ABC resources.**

✓ **Download the ABC Action app, ABC's easy-to-use grassroots advocacy tool.**



# DOWNLOAD THE ABC ACTION APP



 The ABC Action app for iPhone, iPad and Android
Download it on your device at abc.org/action.

# ABC/FEA Supporting FOCA and Fighting PLAs



## FreeEnterpriseAlliance.org/FOCA

### Support the Fair and Open Competition Act

The Fair and Open Competition Act, H.R. 1284 /S. 403, would prevent federal agencies and recipients of federal assistance from requiring contractors to sign controversial project labor agreements as a condition of winning a federal or federally assisted construction contract. This bill would ensure that taxpayer-funded construction contracts are awarded through fair and open competition—guaranteeing the best value for hardworking taxpayers while prohibiting a rigged federal procurement process that discriminates against many small construction businesses.

A PLA is a project-specific collective bargaining agreement with multiple unions that is unique to the construction industry. When a PLA is mandated by a government agency, construction contracts can be awarded only to contractors and subcontractors that agree to the terms and conditions of the PLA. PLAs effectively prevent 87.3% of the U.S. construction workforce that chooses not to join a labor union from fairly competing for contracts to build taxpayer-funded projects on a level playing field. Further, government-mandated PLAs discourage the vast majority of small, women-, minority- and veteran- owned businesses from competing on projects.

Not only do contracts subject to government-mandated PLAs d[...] but they also drive-up the cost of critical infrastructure projects [...] taxpayers can't afford government-mandated PLAs that signific[...] taxpayers to pay more and get less.

While FOCA would prohibit federally **mandated** PLAs and ensu[...] the procurement of taxpayer-funded construction projects, it wo[...] contracts to businesses that **voluntarily** enter into a PLA.



### FOCA Fact Sheet

The Fair and Open Competition Act would prevent the government from mandating discriminatory and costly Project Labor Agreements as a condition of winning federal or federally assisted construction contracts.

DOWNLOAD HERE ⬇

### Fair and Open Competition Act

Ask your representatives to support the Fair and Open Competition Act!

CONTACT YOUR REPRESENTATIVES →



*Available Resources: ABC action alert, fact sheet, social media kit, paycheck stuffers, articles, email sign-ups, donate button and more.*



# ADDITIONAL ACTION ITEMS

- ✓ **ABC grassroots action alerts targeting White House and Congress.**
- ✓ **Engage federal contracting officers and governors/state lawmakers.**
- ✓ **Consider participating in future legal action.**
- ✓ **Respond to calls to action to testify or give media interviews on this topic.**
- ✓ **Share examples of poor PLA projects and exemplary merit shop projects in your market.**
- ✓ **Fundraise for ABC's fight against PLA mandates.**
- ✓ **Pass state/local FOCA law if you have not done so already.**
- ✓ **Get into politics or get out of business! Elections matter.**



# ABC REGULATORY ROUNDUP



**Stay informed about federal regulations affecting public and private construction projects.**
**Visit www.abc.org/regroundup**

# Questions?
# Ben Brubeck
# ABC Government Affairs
# Brubeck@abc.org
# @ABCgovaffairs





# Brought to you by ABC's Strategic Partners










