# Exhibit 3



January 30, 2024

NAVFAC Southeast
Commanding Officer B-903 Yourktown
NAS Jacksonville, FL 32212-0030
USA

RE: Project Labor Agreement (PLA) Questionnaire - P215 Joint Interagency Task Force - South (JIATF-S) Command and Control Facility (C2F), Truman Annex, Naval Air Station (NAS) Key West, FL

Dear Mr. Mack and Ms. Betteridge,

RQ Construction, LLC (RQ) respectfully submits our response to this PLA Request to the Government to determine the market capabilities of potential contractors to construct this important solicitation in Key West, FL. We have provided our response on the following pages.

If we may be of any further service, please do not hesitate to contact Travis Nichols, Director of Pursuits, at: (760) 477-8633, TNichols@rqconstruction.com.

Sincerely,

George H. Rogers, III, President and CEO
RQ Construction, LLC

1620 Faraday Avenue
Carlsbad, CA 92008
(760) 631-7707
direct: (760) 477-8659
e-mail: GRogers@rqconstruction.com



**Construction Projects in the State of Florida/Naval Air STation Key West FL**
**Project Labor Agreement (PLA) Questionnaire**

| Questions | Responses |
|---|---|
| Which trades are likely to be employed on this project? | RQ anticipates the following trades will be employed on this project: Concrete, Masonry, Structural Steel, Millwork, Thermal Insulation, Roofing, Sheet Metal, Metal Doors and Frames, Wood Doors, Door Hardware, Glass and Glazing, Steel Stud and Drywall, Acoustical Ceilings, Ceramic/Porcelain Tile, Carpet and Resilient Flooring, Demolition, Paint, Building Specialties, Fire Suppression, Plumbing, HVAC, DDC Controls, Test and Balance, Commissioning, Electrical, Earthwork, Site Utilities, and Landscaping. We are an "Open Shop" firm and are presently using union workers on non-PLA contracts. |
| Does the local market contain sufficient number of available skilled workers for a project of this type?<br>1. Are the other projects in the vicinity going to limit the pool of skilled labor available for your project?<br>2. What investments have been made to support registered apprenticeship programs? | Yes. We believe there is an available skilled labor pool in the market which remains competitive in terms of price, productivity, quality, and safety.<br>1. No. Although, inclusion of mandated PLA language will likely only serve to complicate the procurement process and reduce available skilled labor by eliminating firms who are open shop.<br>2. None |
| Have PLAs been used on similar projects within this state/location that were undertaken by the public or private sector?<br><br>Have PLAs been used on other similar construction projects in other nearby regions?<br><br>If so, please provide supporting documentation. | No, We are not aware of any similar projects in the area or nearby regions that have used PLAs. |
| Please provide available information on recent (2-5 years) construction projects in the local labor market of the project under consideration. Include the following items, if available:<br><br>• Project Name/Location<br>• Project Description<br>• Initial Cost Estimated/Actual Final Cost<br>• Was the project completed on time<br>• Number of craft trades present on the project<br>• PLA (Y/N)<br>• Were there any challenges experienced during the project (delays, investigations, health and safety issues, labor shortages, management/ organizational issues, etc)? | Our firm has yet to complete a project in Florida; however, we have large projects ongoing in Florida, and we run a large barge and tug operation out of Florida which has given us the necessary understanding of the current labor markets.<br>*Below is a listing of our current projects in Florida along with a similar project completed in Virginia in the last 2-5 years. Projects utilized an average of 40 Tier 1 and Tier 2 subcontractors including Divisions 02 through 33. A PLA was not used on any of the below projects.*<br><br>**Project List:**<br><br>**Project 1:**<br>Project Name and Location: P832 Fitness Training Center, NAS Pensacola, FL<br>Project Description: This project includes the design and construction of an approximately 44,900 GSF Consolidated Fitness Facility at NAS Pensacola, Florida. This facility will serve the enlisted student personnel assigned to Naval Air Technical Training Center (NATTC) and replace the existing fitness buildings that were severely damaged by Hurricane Sally. The new Fitness Facility must be adequately sized to accommodate the needs of approximately 6,000 military personnel.<br>The design and construction of this project will include all pertinent site alterations; structural elements including concrete foundations and steel framing systems; mechanical systems to support adequate heating, ventilation, and air conditioning; plumbing systems to support mechanical systems and domestic potable water systems; electrical systems including power, interior and exterior lighting and support for mechanical systems; |

telecommunications system to support facility requirements; fire protection systems including fire suppression system and fire alarm system; and all architectural elements and systems.
Initial Cost Estimated: $31,345,000
Completion Date: Estimated Completion: June 2, 2025
Prime Contractor: RQ Construction, LLC

**Project 2:**
Project Name and Location: Hurricane Sally P806 Substation, NAS Pensacola, FL
Project Description: The work to be performed provides for the design and construction of a new electrical distribution system that will consist of a new outdoor 115kV incoming utility service and new 15kV switchgear SS-B. The 15kV switchgear will be housed in a newly constructed 2,100-SF building. The location for SS-B provides convenient access points for re-feeding power to existing systems. Upon completion of the new substation, the existing substation will be demolished.
Initial Cost Estimated: $24,287,000
Completion Date: Estimated Completion: March 23, 2026
Prime Contractor: RQ Construction, LLC

**Project 3:**
Project Name and Location: Triton Maintenance Training Facility, Naval Station Mayport, Jacksonville, FL
Project Description: The work of this project converts building 1430 at Naval Station Mayport for use as a maintenance training facility for the MQ-4C "Triton", a UAV (unmanned aerial vehicle). The original design/use of building 1430 was for waste incineration and related storage functions. The gross square footage of the existing "high bay" building is 26,514 SF. The new required building program "net area" is 28,060 SF, which therefore substantially exceeds the existing building gross square footage. The primary challenge of this project is to "build-out" the new program within the existing "high bay" volume of the building as defined by the location of the existing exterior wall columns, and the existing roof profile as defined by the existing roof structure and associated roof purlins.
Initial Cost Estimated: $27,411,000
Estimated Completion Date: July 1, 2026
Prime Contractor: RQ Construction, LLC

**Project 4:**
Project Name and Location: Repair and Renovation of Building 282, NSA Hampton Roads Portsmouth Annex, VA
Description: This project involves the repair and renovation of unaccompanied housing Building 282. The renovation work includes upgrades such that all major building systems meet current code requirements and ATFP standards, including redesigning of parking, new fire lane, upgraded electrical systems, floor supports,



| | |
|---|---|
| | parking, new fire lane, upgraded electrical systems, floor supports, and replacing heating, ventilation, and air conditioning systems.<br>Initial vs. Final Dollar Value: $17,586,039 (Cost control not applicable to firm fixed price contracts)<br>Completion Date: March 28, 2020<br>Prime Contractor: RQ -DPR JV<br>**Project 5:**<br>Project Name and Location: P334 LOGSU Two Operations Facility, JEB Little Creek-Fort Story, Virginia Beach, VA<br>Description This project provided the design and construction a new 30,100-SF Logistic Supply Building, 25,500-GSF Armory, and 21,500 GSF Boat Storage Facility. This single contract also included the renovation of buildings 3853 and 3855 and demolishing of existing buildings 3805 and 3836. P334 LOGSU Two features open and private offices, breakrooms, boat storage, warehouse storage, weapons and parts storage, weapons maintenance, and weapons cleaning. Site improvements consisted of site infrastructure and utilities, loading dock with dock leveler, asphalt and concrete paving, sidewalks, landscaping site lighting, areas for four powered prefabricated hazmat storage units and unpowered prefabricated hazmat storage units, and stormwater management.<br>Initial vs. Final Dollar Value: $32,393,331 (Cost control not applicable to firm fixed price contracts)<br>Completion Date: May 2, 2020<br>Prime Contractor: RQ Construction, LLC |
| Which CBAs are likely to expire during the course of the project under consideration that might cause delays? | We do not have the data necessary to accurately respond to this question. |
| How do open shop and union wage rates influence prevailing wage rates in the local market and compare to Construction Wage Rates Requirements statute formerly known as the Davis-Bacon Act rates?<br>What impact would unionization in the local market have on wages? | The Davis-Bacon act is a law that requires paying prevailing wages on Government projects with the intent to keep contractors from importing cheap labor from outside the local area, therefore protecting the local workforce. Although these prevailing wages were designed to protect local workers, they almost always match the local union wage rates. Prevailing wages are almost always higher than the average local wage. When union wages are used as prevailing wages, open shop contractors cannot charge regular local wages, resulting in higher job costs. We believe that unionization in the local market drives up wage costs and hinders productivity as a result of additional work rules of unions and the element that union workers cannot be fired for poor performance. In 2011, as an effort by the GOP to make budget cuts, it was calculated that the repeal of the Davis-Bacon Act would save approximately $1 billion annually. |
| Could a PLA contribute to cost savings in any of the following ways?<br><br>• Harmonization of shifts and holidays between the trades to cut labor costs?<br>• Minimizing disruptions that may arise due to expiration of CBA?<br>• Is availability of trained, registered apprentices, sufficient for highly skilled workforce?<br>• Allowing for changes in apprentice-to-journeyman ratio.<br>• Serving as a management tool that ensures highly skilled workers from multiple trades are coordinated in the most efficient way?<br>• Other? | We do not believe that a PLA would contribute to cost savings from any of the above noted ways. PLAs naturally inhibit competition and complicate both the procurement and execution process; typically resulting in increased costs and additional risk exposure. The mandate of a PLA would exclude hundreds of subcontractors currently working for the Government who have already proven compliance in these areas. |



NAVFAC PACIFIC | PLA Response

| | |
|---|---|
| Could a PLA minimize risk and contribute to greater efficiency in any of the following ways?<br><br>• Mechanisms to avoid delays<br>• Complying with Construction Wage Rate Requirements, overtime and other labor standards, safety rules, EEO and OFCCP laws.<br>• Ensuring a steady supply of skilled labor in markets with low supply or high competition for workers | We are unaware of any published studies establishing that the use of PLAs has contributed to greater efficiency in any of these areas. We do not believe that a PLA would minimize risk and contribute to greater efficiencies in any of the above noted ways. In general, the PLA clauses we have reviewed appear to restrict our ability to recruit and obtain a skilled workforce via the subcontractor market. We have observed that some subcontractors won't submit bids if there is a mandated PLA. Inclusion of PLA language presents the opportunity for litigation and protests and reduces available skilled labor by eliminating firms who are open shop. The mandate of a PLA would exclude hundreds of subcontractors currently working for the Government who have already proven compliance in these areas. Without the presence of a PLA, our firm has maintained 26 years of compliance and customer satisfaction performing contracts for the Department of Defense, with current and historic safety statistics and small business utilization exceeding prescribed Government standards. |
| Are there ways in which a PLA might increase costs on a project? | Again, additional administrative and project management controls and resources are required to properly propose and execute work performance to comply with the project-specific agreement that otherwise would not exist if PLA language was not present. Our recent experience with solicitations that contained provisions for both PLA and non-PLA costs indicate a trend for increased bid/proposal costs for the PLA covered bid. Our historical data indicates cost increases under PLA coverage, but the amount depends on the agreed to rates in the PLA and any variance from the Davis–Bacon Wage Determinations, as well as any possibility of union contract requirements restricting productivity or cost efficiency based on crew makeup. Finally, we have observed that some subcontractors won't submit bids if there is a mandated PLA. That has reduced competition in bids and resulted in higher overall bid costs proposed to the Government for the PLA option. |