# Exhibit 6



February 12, 2024

NAVFAC Southeast
Commanding Officer B-903 Yorktown
NAS Jacksonville, FL 32212-0030
USA

RE: N6945024R0040PLA, Project Labor Agreement (PLA) Request for Information - Child Development Center Addition, Barksdale Air Force Base, Louisiana.

Dear Mr. Bourgault,

RQ Construction, LLC (RQ) respectfully submits our response to this PLA Request for Information to the Government to determine the market capabilities of potential contractors to construct this important Child Development Center Addition at Barksdale Air Force Base, LA. We have provided our response on the following pages.

If we may be of any further service, please do not hesitate to contact Travis Nichols, Director of Pursuits, at: (760) 622-2482, TNichols@rqconstruction.com.

Sincerely,

George H. Rogers, III, President and CEO
RQ Construction, LLC

1620 Faraday Avenue
Carlsbad, CA 92008
(760) 631-7707
Direct: (760) 477-8659
E-mail: GRogers@rqconstruction.com



**Project Labor Agreement (PLA) Request for Information (RFI)**
**for**
**Construction Project for building in the State of Louisiana**
PLA Questionnaire

| Questions | Responses |
|---|---|
| 1) Are you responding as a representative of a government entity, union, contractor (union or non-union) and/or qualified small business? | Non-union contractor. |
| 2) Would the work involve specialized construction that is available from only a limited number of contractors or subcontractors? Explain in detail. | Yes, in addition to the requirements to work on a Government project, which is already limiting. CDC design and construction process, methods, and elements are very specialized given that the projects end users are children. Elements such as design packages and reviews, interior finishes, building adjacencies/interior flow, building site location for security and playground equipment are a few elements that specialize this type of work. Our firm has completed several CDC's for the Government and we have an intricate understanding of this scope. Both the location and scope of work will limit subcontractor interest and availability. The incorporation of a PLA will result in fewer quality subcontractors to choose from. |
| 3) What is your understanding of the availability of union labor and non-union labor in this area for this type of project? Are you otherwise aware of national, regional, or local interest in participating in this project by union or non-union contractors. Explain in detail. | There is an available non-union skilled labor pool in the market which remains competitive in terms of price, productivity, quality and safety. According to the Associated Builders and Contractors and Unionstats.com, over 96% of the workforce in the state of Louisiana is non-union. Enforcing a PLA on any project in the state of Louisiana will greatly reduce the amount of subcontractors, greatly increase project cost and greatly increase project duration. |
| 4) As a qualified contractor for a project of this type, would you be interested in participating in this project?<br>Would the requirement of a Project Labor Agreement (PLA) under this project impact your interest in any way? Explain in detail. | Yes, we would be interested in participating if there was no requirement of a PLA.<br>Yes, a PLA requirement would impact our interest as we believe that a PLA naturally inhibits competition and complicates both the procurement and execution process; typically resulting in increased costs and additional risk exposure. The mandate of a PLA would exclude hundreds of subcontractors currently working for the Government who have already proven compliance in these areas. |
| 5) Are you aware of PLAs having been used on other similar construction projects in the area and/or other nearby areas? Explain in detail. | No, we are not aware of any similar projects in the area or nearby regions that have used PLAs. |
| 6) How do union wage rates compare to prevailing wage rates for this type of project and in this area, i.e., prevailing wage rates under the Construction Wage Rates Requirements statute (formerly known as the Davis-Bacon Act). Explain in detail. | The Davis-Bacon act is a law that requires paying prevailing wages on Government projects with the intent to keep contractors from importing cheap labor from outside the local area, therefore protecting the local workforce. Although these prevailing wages were designed to protect local workers, they almost always match the local union wage rates. Prevailing wages are almost always higher than the average local wage. When union wages are used as prevailing wages, open shop contractors cannot charge regular local wages, resulting in higher job costs. Unionization in the local market drives up wage costs and hinders productivity because of additional work rules of unions and the element that union workers are very difficult to fire for poor performance. |



| 7) Are there any ways in which the requirement of a PLA might increase costs on a project of this type in this area? Explain in detail. | Yes, in addition to information already provided, additional administrative and project management controls and resources that are required to properly propose and execute work performance to comply with the project-specific agreement that otherwise would not exist if PLA language will significantly increase cost on this project. Our recent experience with solicitations that contained provisions for both PLA and non-PLA costs indicate a trend for increased bid/proposal costs when a PLA is required. Our historical data indicates cost increases under PLA coverage, but the amount depends on the agreed to rates in the PLA and any variance from the Davis-Bacon Wage Determinations, as well as any possibility of union contract requirements restricting productivity or cost efficiency based on crew makeup. Finally, we have observed that the vast majority of subcontractors in this region won't submit bids and will result in higher overall bid costs proposed to the Government when a PLA is required. |

