# Exhibit 2

 An official website of the United States government    Here's how you know

⚠️ **DLA CAGE Scheduled Maintenance**  Show Details
Feb 24, 2024                                                                      ✕

See All Alerts

**Cease Using the Entity Management API for Reps and Certs Information**   ✕

Show Details

Dec 13, 2023





| Home | Search | Data Bank | Data Services | Help |


Logo Not Available

**Contract Opportunity**

General Information

Classification

Description

Attachments/Links

Contact Information

History

Award Notices

📰 Follow

# PLA P215 JOINT INTERAGENCY TASK FORCE – SOUTH (JIATF-S) COMMAND AND CONTROL FACILITY (C2F), TRUMAN ANNEX, NAVAL AIR STATION (NAS) KEY WEST, FL

⭕ **INACTIVE**                                  Contract Opportunity

**Notice ID**

**Related Notice**
N6945024R0004

**Department/Ind. Agency**

DEPT OF DEFENSE
**Sub-tier**
DEPT OF THE NAVY
**Major Command**
NAVFAC
**Sub Command**
NAVFAC ATLANTIC CMD
**Sub Command 2**
NAVFAC SOUTHEAST
**Office**
NAVFACSYSCOM SOUTHEAST

# General Information

View Changes

**Contract Opportunity Type:** Special Notice (Updated)
**All Dates/Times are:** (UTC-05:00) EASTERN STANDARD TIME, NEW YORK, USA
⬛ **Updated Published Date:** Jan 25, 2024 09:04 am EST
**Original Published Date:** Jan 16, 2024 02:14 pm EST
**Updated Response Date:** Jan 30, 2024 02:00 pm EST
**Original Response Date:** Jan 30, 2024 02:00 pm EST
**Inactive Policy:** 15 days after response date
**Updated Inactive Date:** Feb 14, 2024
**Original Inactive Date:** Feb 14, 2024
**Initiative:**
- None

# Classification

**Original Set Aside:**

**Product Service Code:** Y1AA - CONSTRUCTION OF OFFICE BUILDINGS
**NAICS Code:**
- 236220 - Commercial and Institutional Building Construction

**Place of Performance:**
Key West , FL
USA

# Description

This is a request for information (Questionnaire attached). This is not a Request for Proposals (RFP), Request for Quote (RFQ), or an Invitation for Bid (IFB) and it shall not be construed as an obligation on the part of the Government. There will be no solicitation, specification, or drawings available at this time.

Naval Facilities Engineering Systems Command Southeast (NAVFAC SE) is soliciting comments from the construction community addressing the use of Project Labor Agreements (PLA) for construction projects (including new work, additions, alterations, and repairs). The construction is for a building project P215 Joint Interagency Task Force – South (JIATF-S) Command and Control Facility (C2F), Truman Annex, Naval Air Station (NAS) Key West, FL. Construction may include, but is not limited to, constructing a five-story building. Project encompasses, an operations area that includes special use space for a Sensitive Compartmented Information Facility (SCIF), Operations Center (OC), and Network Operations Center (NOC), and an administrative area divided into specified security zones. Construction includes redundant mechanical and electrical systems with backup power, antenna pad, loading service areas, information systems, fire protection and alarm systems, Intrusion Detection System (IDS) installation, and Energy Monitoring Control Systems (EMCS) connection. Facility will be built to withstand Category 5 hurricane wind loads and category 1 Storm Surge, to resist coastal corrosive environment, and be built above the floodplain level. Communication and Server rooms will be served and supported by dedicated redundant computer room air-conditioning (CRAC) units and will have dedicated pre-action systems with a clean agent fire suppression system.

The project will be design-bid-build, North American Industry Classification System (NAICS) Code is 236220 – Commercial and Institutional Building Construction with the annual size standard of $45 million. Project Magnitude is between $250,000,000 and $500,000,000. The general period of performance is anticipated to be approximately 2,690 calendar days.

A PLA is defined as a pre-hire collective bargaining agreement with one or more labor organizations that establishes the terms and conditions of employment for a specific construction project and is an agreement as described in 29 U.S.C. 158 (f). Effective January 22, 2024, Final Rule (FAR Case 2022-003), implements Executive Order (E.O.) 14063, Use of PLAs for Federal Construction Projects, which requires the use of PLAs in large-scale (defined as $35 million or more)

Federal construction projects within the United States. Contractors and subcontractors working on large-scale construction projects must negotiate or become party to a PLA with one or more labor organizations unless an exception is granted. This requirement applies to new solicitations, including task or delivery orders, issued on or after January 22, 2024.

The Government is requesting information to determine if the use of project labor agreements will (1) advance the Federal Government's interest in achieving economy and efficiency in Federal procurement; (2) promote adequate competition at a fair and reasonable price; and (3) be consistent with statutes, regulations, laws etc. The Government is seeking information from both unionized and non-unionized contractors, as well as contractors familiar with the federal marketplace as well as new entrants, that may be interested in participating in competition for this procurement. Reference is made to: FAR Subpart 22.5 Use of Project Labor Agreements for Federal Construction Projects; provision, FAR 52.222-33 Notice of Requirement for Project Labor Agreement; and to clause, FAR 52.222-34 Project Labor Agreement.

In consideration of the above factors, and any others which may be deemed appropriate, the construction community is invited to comment on the use of a PLA for this proposed project using the attached questionnaire.

This is not an announcement of the availability of a solicitation nor is it a means of generating a plan holder's list. After review of the responses to this special notice, the Government intends to make a determination to pursue an exception to the mandatory use of a PLA or not. The Government will not contact the responders for clarification of information provided. This survey is for planning purposes only and shall not be construed as a Request for Proposal or as an obligation on the part of the Government. The Government does not intend to award a contract on the basis of this market survey or otherwise pay for the requested information. The Government will not provide a debriefing on the results of this survey. All information will be held in a confidential manner and will only be used for the purposes intended.

Responses shall be submitted on the attached questionnaire via email to John Mack, john.e.mack5.civ@us.navy.mil and Lindsay Betteridge, lindsay.e.betteridge.civ@us.navy.mil. no later than 2:00 PM ET on January 30, 2024.

## Attachments/Links

Download Link  click here

 Download All Attachments/Links

**Attachments**

| Document | File Size | Access | Updated Date |
|---|---|---|---|
| 📄 PLA Request for Information Template.docx | 14 KB | 🔓 Public | Jan 25, 2024 |
| 📄 PLA Request for Information Template.pdf | 58 KB | 🔓 Public | Jan 25, 2024 |

# Contact Information

## Contracting Office Address

COMMANDING OFFICER B-903 YORKTOWN
NAS JACKSONVILLE , FL 32212-0030
USA

## Primary Point of Contact

JOHN MACK

✉ john.e.mack5.civ@us.navy.mil

## Secondary Point of Contact

**Lindsay Betteridge**

✉ lindsay.e.betteridge.civ@us.navy.mil

# History

● **Feb 14, 2024 11:55 pm EST**
Special Notice (Updated)

● **Jan 25, 2024 08:40 am EST**
Special Notice (Updated)

● **Jan 16, 2024 02:14 pm EST**
Special Notice (Original)

● **Nov 09, 2023 11:55 pm EST**
Sources Sought (Original)



**Feedback**

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

| Policies | Customer Service |
|---|---|
| Terms of Use | Help |
| Privacy Policy | Check Entity Status |
| Disclaimers | Federal Service Desk |
| Freedom of Information Act | External Resources |
| Accessibility | Contact |

**WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

# SAM.gov

# An official website of the U.S. General Services Administration