# Exhibit 3

 An official website of the United States government   Here's how you know

⚠️ **Cease Using the Entity Management API for Reps and Certs Information**
Show Details
Dec 13, 2023 

See All Alerts

**Entity Validation Processing**   Show Details
Feb 13, 2024 



← 

| Home | Search | Data Bank | Data Services | Help |



📰 Follow

# 36C10F24R50018 - Balance of Work at VAMC Manhattan, NY

**Contract Opportunity**

- General Information
- Classification
- Description
- **Attachments/Links**
- Contact Information
- History
- Award Notices

○ **ACTIVE**                                                **Contract Opportunity**

**Notice ID**
36C10F24R50018

**Related Notice**

**Department/Ind. Agency**
VETERANS AFFAIRS, DEPARTMENT OF
**Sub-tier**
VETERANS AFFAIRS, DEPARTMENT OF
**Office**
OFFICE OF CONSTRUCTION & FACILITIES MGMT (36C10F)

### Looking for contract opportunity help? 

APEX Accelerators are an official government contracting resource for small businesses. Find your local APEX Accelerator for free government expertise related to contract opportunities.

APEX Accelerators are funded in part through a cooperative agreement with the Department of Defense.

The APEX Accelerators program was formerly known as the Procurement Technical Assistance Program (PTAP).

## General Information

**Contract Opportunity Type:** Presolicitation (Original)
**All Dates/Times are:** (UTC-05:00) EASTERN STANDARD TIME, NEW YORK, USA
**Original Published Date:** Feb 01, 2024 02:36 pm EST
**Original Response Date:** Feb 16, 2024 05:00 pm EST
**Inactive Policy:** Manual
**Original Inactive Date:** Aug 06, 2024
**Initiative:**
- None

## Classification

**Original Set Aside:**
**Product Service Code:** Y1DA - CONSTRUCTION OF HOSPITALS AND INFIRMARIES
**NAICS Code:**
- 236220 - Commercial and Institutional Building Construction

**Place of Performance:**
NY 10010
USA

# Description

36C10F24R50018 - Balance of Work at VAMC Manhattan, NY

DESCRIPTION:
Construct the Manhattan VAMC, Hurricane Sandy Recovery Program Balance of Work at the VAMC Manhattan Campus of the VA NY Healthcare System as summarized herein and further defined in the future bid documents and General Requirements. All work is located on the campus of the fully operational Manhattan VA Medical Center at 423 E. 23rd Street, Manhattan, NY. The approximate period of performance is 5 years. The General Scope of Work (SOW) includes, but is not limited to, providing all labor, materials, and equipment for the following tasks per Construction Documents (CDs): Relocate all essential electrical equipment and systems prone to damage by flooding on the ground floor of Buildings 1, 2, 3 and 6 to the first floor to include interrupter switches, transformers, switchgear, and distribution branch circuit panel boards. Construct new elevated steel-frame generator platform with enclosure built on auger-cast piles to meet VA Physical Security Design Manual. Procure and install new generators and associated underground fuel tanks Construct steel frame electrical distribution substation vault for Building 1 on structural concrete mat slab and pile caps on existing structural pilings. Construct and complete electrical rooms on the first floor of Buildings 1 and 6. Complete electrical cutovers and tie-ins from existing building distribution system to new equipment in Substation 6 Make new electrical cutovers and tie-ins to new Substation 1 and generator platform equipment. Complete final renovations to ground floor to include updates to warehouse and loading dock, creation of office space, locker room and restroom facilities, egress corridor and updates of life-safety systems. Replace third floor kitchen walk-in refrigerators and freezers. Mitigate Asbestos Containing Material (ACM) and HazMat in interior and exterior construction areas. Remove contaminated soils and dewater and treated contaminated groundwater. Construct new in-ground lift-type security vehicle barrier. Install Variable Refrigerant Flow (VRF) HVAC system on the Ground Floor of Building 2 Add wet fire suppression protection system on the first and second floors of Building 2 Remove non-compliant door entering directly into a Stair from room 124A in Building 2. Stair #2 Complete installation of HVAC system at Telecom rooms TR-C, TR-D and TR-E. Build-out staff Locker Rooms, Break Room and Break Room Unisex Toilets within space of the existing switchgear room G502 Remove existing domestic water pumps in Room G0175S and install raised triplex pump skid. Build out new public Women s Toilet Room at the existing electrical / former fire command center room G383/0275N. Build out new Mechanical rooms in the Building Support and future Sim Lab and install HVAC

systems for the Pharmacy Cache G951, Building Support G953, and shell space for the Future Sim Center G614 and Future Conference Center G613. Complete work at the under-side of Stair 1-1 to restrict VAMC s non-code compliant storage under an egress stair and install a 2-hour rated horizontal partition assembly to isolate the remaining systems that could not be relocated. Modify the existing GF2B area to correct life safety issues. These include the following: Corridor G113 unlevel landing / tripping hazard at egress door from Stair 121W. Corridor G113 wire mesh partition installation to prevent access to fall hazard at the air intake well to Mechanical Room G500A. Stair 1121W door swing with the revised direction of exit access. Stair 1121W partition demolition to remove an existing reduction in egress width violation. Shaft 715; replacement / installation of a rated door and associated hardware. Perform existing MRI electrical cut-over to Vault 6 Substation Provide electrical cutovers and relocate equipment for existing Hybrid OR. All construction work to be done according to approved Phasing Plan. Work activities will require off-hour working schedules including evenings and weekends based on hospital operations.

TYPE OF CONTRACT AND NAICS:
This acquisition will be offered as an Unrestricted/Full and Open competitive solicitation and will result in one (1) Firm Fixed Price Contract. The contract period of performance will not exceed five years.
The North American Industry Classification System (NAICS) code is 236220- Commercial and Institutional Building Construction, with size standard of $45,000,000.

TYPE OF SET-ASIDE: This acquisition is Unrestricted/Full and Open competition.

CONSTRUCTION MAGNITUDE: In accordance with VAAR 836.204, the magnitude of this construction project is anticipated to be between $100,000,000 and $150,000,000.

SELECTION PROCESS: The proposals will be evaluated using a Best Value source selection process. This is a one-phase Design-Bid-Build procurement process. Potential offerors are invited to submit their performance and capability information as will be described the Solicitation for review and consideration by the Government. Evaluation Factors include Organizational/Technical Approach & Schedule, Past Performance, Key Personnel, and Subcontracting Goals.  Pro Forma Information such as bonding and financial capability will also be required to meet the minimum requirements of the solicitation.

DISCUSSIONS: The Government intends to award without discussions, but reserves the right to conduct discussion should it be deemed in the

Government's best interest.

ANTICIPATED SOLICITATION RELEASE DATE:

The Government anticipates releasing the solicitation on or about 15 February 2024 and approximate closing date is on or about 2 April 2024. Actual dates and times will be identified in the solicitation. Additional details can be found in the solicitation when it is posted.

SITE VISIT: Site visit information will be posted with the solicitation.

SOLICITATION WEBSITE: The official solicitation, when posted, will be available free of charge by electronic posting only and may be found at the System for Award Management (SAM) website, https://www.sam.gov. Paper copies of the solicitation will not be issued. Telephone and Fax requests for this solicitation will not be honored. Project files are Portable Document Format (PDF) files and can be viewed, navigated, or printed using Adobe Acrobat Reader. To download the solicitation for this project, contractors are required to register at https://www.sam.gov. Amendments, if/when issued, will be posted to the above referenced website for electronic downloading. This will be the only method of distributing amendments prior to closing; therefore, it is the Offerors responsibility to check the website periodically for any amendments to the solicitation.

REGISTRATIONS:

Offerors shall have and shall maintain an active registration in the following database:
System for Award Management (SAM): Offerors shall have and shall maintain an active registration in the SAM database at https://www.sam.gov to be eligible for a Government contract award. If the Offeror is a Joint Venture (JV), the JV entity shall have valid SAM registration in the SAM database representing the JV as one business/firm/entity. If at the time of award an Offeror is not actively and successfully registered in the SAM database, the Government reserves the right to award to the next prospective Offeror.

PROJECT LABOR AGREEMENT (PLA): In accordance with EO 14063, Use of Project Labor Agreements for Federal Construction Projects, issued 4 February 2022, Offerors shall submit an offer subject to Project Labor Agreement (PLA) requirements in accordance with FAR 22.504, General requirements for project labor agreements.  Any PLA reached pursuant to the PLA requirements in the solicitation does not change the terms of the contract or provide for any price adjustment by the Government.

POINT-OF-CONTACT: The point-of-contact for this procurement is Contracting Officer Andrew Page at Andrew.Page@va.gov.

## Attachments/Links

No attachments or links have been added to this opportunity.

## Contact Information

### Contracting Office Address

425 I STREET NW 2ND FL

WASHINGTON , DC 20001

USA

### Primary Point of Contact

**Andrew Page**

✉ andrew.page@va.gov

### Secondary Point of Contact

## History

◉ **Feb 01, 2024 02:36 pm EST**
Presolicitation (Original)

**Feedback**

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



**WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov

An official website of the U.S. General Services Administration