# Exhibit 4

 An official website of the United States government  Here's how you know

⚠️ **Cease Using the Entity Management API for Reps and Certs Information**
Show Details
Dec 13, 2023

See All Alerts

**Entity Validation Processing**  Show Details
Feb 13, 2024



| Home | Search | Data Bank | Data Services | Help |



📰 Follow

# Z2DA--36C776-24-AP-0428 | Visn 17 | EHRM | Infrastructure Upgrades Amarillo Construction 504-21-700 (VA-24-00035667)

**Contract Opportunity**

General Information

Classification

Description

Attachments/Links

Contact Information

History

Award Notices

Note: There have been new actions to this contract opportunity. To view the most recent action, please click **here**.

🔵 **ACTIVE**                                    Contract Opportunity

**Notice ID**
36C77624Q0104

**Related Notice**

**Department/Ind. Agency**
VETERANS AFFAIRS, DEPARTMENT OF
**Sub-tier**
VETERANS AFFAIRS, DEPARTMENT OF
**Office**
PCAC HEALTH INFORMATION (36C776)

**Looking for contract opportunity help?**



APEX Accelerators are an official government contracting resource for small businesses. Find your local APEX Accelerator for free government expertise related to contract opportunities.

APEX Accelerators are funded in part through a cooperative agreement with the Department of Defense.

The APEX Accelerators program was formerly known as the Procurement Technical Assistance Program (PTAP).

# General Information

**Contract Opportunity Type:** Sources Sought (Original)
**All Dates/Times are:** (UTC-05:00) EASTERN STANDARD TIME, NEW YORK, USA
**Original Published Date:** Jan 24, 2024 05:48 pm EST
**Original Response Date:** Feb 07, 2024 05:00 pm EST
**Inactive Policy:** Manual
**Original Inactive Date:** Mar 08, 2024
**Initiative:**
- None

# Classification

**Original Set Aside:**

**Product Service Code:** Z2DA - REPAIR OR ALTERATION OF HOSPITALS AND INFIRMARIES

**NAICS Code:**

- 236220 - Commercial and Institutional Building Construction

**Place of Performance:**

Thomas E. Creek Department of Veterans Affairs Medical Center Amarillo , TX 79106
USA

# Description

SYNOPSIS: INTRODUCTION: In accordance with Federal Acquisition Regulation (FAR) 10.002(b)(2), this Sources Sought Notice is for market research and information purposes only at this time and shall not be construed as a solicitation or as an obligation on the part of the Department of Veterans Affairs (VA). The VA, Veterans Health Administration (VHA), Program Contracting Activity Central (PCAC) is conducting a market survey and is seeking potential sources for the EHRM Infrastructure Upgrade construction project (project number 504-700) at the Amarillo VA Medical Center (VAMC) located in Amarillo, Texas. The Request for Information reference ID is 36C77623Q0417. PROJECT DESCRIPTION: This project will include but is not limited to the following infrastructure improvements: Update the telecommunications system including but not limited to demolition, construction of new main computer room, construction of new telecommunication rooms in existing spaces and as expansions of current buildings, installation of new fiber routes on campus including trenching and dirt work, installation of new data cable, demolition of existing data cable, installation of cable trays, installation of conduit and firestopping, installation of telecommunications enclosures, and installation of security systems. The scope includes but is not limited to phasing for continued operation of surrounding departments through construction, demolition, and rebuild. Refer to contract documents for detailed scope information. A/E Part Two Services of this design project (also known as Construction Period Services) includes responding to construction contractor Requests For Information (RFIs) during the solicitation (solicitation support) and construction phases of the construction project, attendance at pre-bid, post-award and kick off construction project conferences, review of construction material submittals and shop drawings, approximately 4 site visits during construction to ensure compliance with the design drawings and specifications, review of any construction project modifications for cost and technical acceptability, attendance and participation during the final acceptance

inspection, preparation of the punch list and preparation of record drawings of the completed construction project based on the construction contractor s as-built drawings. The A/E shall prepare a submittal log to be utilized by the VA during construction period services, maintain RFI log and provide meeting minutes for weekly construction meetings throughout the duration of construction. All Part Two Services are optional line items and will not be exercised at the time of award. The above paragraphs constitute a basic outline of the work to be accomplished and in no way comprises all the details for design of this project. The A/E shall initiate detailed inspection of the project site to determine the needs and conditions for the design of this project. PROCUREMENT INFORMATION: The proposed project will be a competitive, firm-fixed-price contract utilizing the design-bid-build approach (Final Specifications and Drawings will be provided). The anticipated solicitation will be issued either as a Request For Proposal (RFP) in accordance with FAR Part 15, considering Technical and Price Factors or as an Invitation for Bid (IFB) in accordance with FAR Part 14, considering Price only. The results and analysis of the market research will finalize the determination of the procurement method. The type of socio-economic set-aside, if any, will depend upon the responses to this notice and any other information gathered during the market research process. This project is planned for advertising in mid to late-April 2024. In accordance with VAAR 836.204, the magnitude of construction is between $20,000,000.00 and $50,000,000.00 (Note that the VAAR magnitude of construction is closer to the higher end of this range). The North American Industry Classification System (NAICS) code 236220 (size standard $45.0 million) applies to this procurement. The duration of the project is currently estimated at 550 calendar days from the issuance of a Notice to Proceed. The services for this project will include providing all construction related services such as: providing labor, materials and equipment required to complete the project as per contract documents prepared by an independent Architect-Engineer firm. CAPABILITY STATEMENT: Respondents shall provide a general capabilities statement to include the following information: Section 1: Provide company name, DUNS number and Unique Entity Identifier (UEI), company address, Point-of-Contact name, phone number and email. Section 2: Provide company business size based on NAICS code 236220. Also, provide business type (i.e., Large Business, Small Business, Service-Disabled Veteran Owned Small Business, Small Disadvantaged Business, Women-Owned Small Business, Hub Zone Small Business, etc.). Section 3: Provide a Statement of Interest in the project. As part of this statement, please indicate if your firm is more likely to submit a bid if it is competed as a FAR 14, Invitation for Bid, (Price Only) as opposed to a FAR 15 solicitation which includes technical factors other than price under a Request for Proposal. Would a FAR 15

procurement dissuade you from submitting a proposal? Section 4: Provide the prime contractor s available bonding capacity in the form of a letter of intent from your bonding company with this submission. Provide the amount of aggregate bonding remaining at this time. *Please ensure that the individual bonding capacity is in line with the VAAR Magnitude of Construction listed above and is provided for the Prime contractor. Section 5: Provide the type of work your company has performed in the past in support of the same or similar requirement. This section is IMPORTANT as it will help to determine the type of socio-economic set-aside, if any. Please provide the following in your response: No more than three (3) contracts that your company has performed within the last seven (7) years that are of comparable size, complexity, and scope to this requirement. Include the project name, project owner and contact information as this person may be contacted for further information, project scope, project size (Example: square footage), building use (Example: Medical Facility, Office Building, etc.), project dollar value, start and completion dates. Describe specific technical skills and key personnel your company possess to perform the requirements described under description of work. Describe your Self-Performed** effort (as either a Prime or Subcontractor). Describe Self-Performed work in terms of dollar value and description. **Self-Performed means work performed by the offeror themselves, NOT work performed by another company for them for any of the project examples provided. Provide a response to each of the following items: o Describe your company s experience managing a construction project of this magnitude (higher end of the $20-$50M range). o Discuss your specific experience with previous EHRM Infrastructure Upgrade construction projects? (Preferably including the construction of a Main Computer Room). What was the dollar value and project title, and what was your role? o Describe in detail your company s experience in the following areas: Â§ Site work including road work Â§ Underground utilities i.e., water, sewer, gas, fiber optic, data, and electric with utility tie-ins and coordinated outages Â§ Trenching and trench shoring Â§ Structural concrete, foundations, slabs, structural steel for multistory construction; and Â§ Steam and chilled water systems construction/tie-ins. o Describe your experience demonstrating an ability to manage multiple simultaneous construction crews, and how you plan to adequately staff to work multiple areas of the project at once to reduce schedule impact to meet EHRM nationwide roll out timelines. o Include your demonstrated ability to manage subcontractors and maintain work schedule timelines. o Describe your Phasing experience: This includes your ability to use an existing system online while building what is being replaced, and transition to take down the old system and install the new system. Demonstrate your ability to transition to each phase while maintaining orderly files and paperwork.

Section 6: Project Labor Agreement (PLA) - A PLA is defined as a pre-hire Collective Bargaining Agreement with one or more labor organizations that establishes the terms and conditions of employment for a specific construction project and is an agreement described in 29 U.S.C. 158(f). The PLA questionnaire must be filled out and returned with the Sources Sought response. The questionnaire can be found at the end of this document. Federal Acquisition Regulation (FAR) 22.503 Policy: (a) Executive Order (E.O.) 14063, Use of Project Labor Agreements for Federal Construction Projects, requires agencies to use project labor agreements in large-scale construction projects to promote economy and efficiency in the administration and completion of Federal construction projects. (b) When awarding a contract in connection with a large-scale construction project (see 22.502), agencies shall require use of project labor agreements for contractors and subcontractors engaged in construction on the project, unless an exception at 22.504(d) applies. (c) An agency may require the use of a project labor agreement on projects where the total cost to the Federal Government is less than that for a large-scale construction project, if appropriate. (1) An agency may, if appropriate, require that every contractor and subcontractor engaged in construction on the project agree, for that project, to negotiate or become a party to a project labor agreement with one or more labor organizations if the agency decides that the use of project labor agreements will (i) Advance the Federal Government's interest in achieving economy and efficiency in Federal procurement, producing labor-management stability, and ensuring compliance with laws and regulations governing safety and health, equal employment opportunity, labor and employment standards, and other matters; and (ii) Be consistent with law. (2) Agencies may consider the following factors in deciding whether the use of a project labor agreement is appropriate for a construction project where the total cost to the Federal Government is less than that for a large-scale construction project: (i) The project will require multiple construction contractors and/or subcontractors employing workers in multiple crafts or trades. (ii) There is a shortage of skilled labor in the region in which the construction project will be sited. (iii) Completion of the project will require an extended period of time. (iv) Project labor agreements have been used on comparable projects undertaken by Federal, State, municipal, or private entities in the geographic area of the project. (v) A project labor agreement will promote the agency's long term program interests, such as facilitating the training of a skilled workforce to meet the agency's future construction needs. (vi) Any other factors that the agency decides are appropriate. See FAR Provision: 52.222-33 Notice of Requirement for Project Labor Agreement and FAR Clause 52.222-34 Project Labor Agreement for further details. It is requested that interested contractors submit a response

(electronic submission) of no more than ten (10) single sided pages, single-spaced, 12-point font minimum that addresses the above information (this is inclusive of the PLA questionnaire). This response must be submitted as a single application-generated (not scanned) PDF document that is less than or equal to 4MB in size. Please note that hard copies will not be accepted. Please also include a cover page, which includes, at a minimum: the company s name, address, Dun & Bradstreet number, Unique Entity Identifier (if available), socio-economic status, point-of-contact name, phone number, and e-mail address. Responses must include 36C77623Q0417 Sources Sought EHRM Amarillo in the subject line of their e-mail response. Submissions (responses) shall be submitted via email to the primary and secondary points of contact listed below by February 7, 2024 at 5:00 PM ET. No phone calls will be accepted. The Capabilities Statement submitted in response to this Sources Sought shall not be considered to be a bid or proposal. This notice is for information and planning purposes only and is neither to be construed as a commitment by the Government nor will the Government pay for information solicited. No evaluation letters and/or results will be issued to the respondents. After completing its analyses, the Government will determine whether to limit competition among the small business categories listed above or proceed with full and open competition as other than small business. At this time no solicitation exists; therefore, please do not request a copy of the solicitation. If a solicitation is released it will be synopsized in Contract Opportunities at https://sam.gov/. It is the potential offeror's responsibility to monitor this site for the release of any solicitation or synopsis. Contracting Office Address: VHA Program Contracting Activity Central (VHA-PCAC) 6100 Oak Tree Blvd. Suite 300 Independence, OH 44131 Primary Point of Contact: Charles White Contract Specialist charles.white2@va.gov Secondary Point of Contact: Katherine Gibney Contracting Officer katherine.gibney@va.gov PROJECT LABOR AGREEMENT (PLA) QUESTIONNAIRE (Please respond to the questions below) 1. Is your company familiar with Project Labor Agreement (PLA) and its use on construction projects? Yes/No Comments: 2. Would your company likely submit a proposal for the VA construction solicitation that requires the use of a PLA? Yes/No Comments: 3. If VA requires a PLA, would your proposed construction cost likely to increase or decrease and what is the likely percentage of cost increase or decrease? Comments: 4. Does the VA requirement to use of a PLA on a construction project restrict competition? Yes/No Comments: 5. Do you expect subcontractor resistance should VA requires the use of a PLA on this construction solicitation? Yes/No Comments: 6. Do you have additional comments regarding the use of a PLA for this project? Comments: --- End of PLA Questionnaire ---

## Attachments/Links

# Contact Information

## Contracting Office Address

6150 OAK TREE BLVD SUITE 300

INDEPENDENCE , OH 44131

USA

## Primary Point of Contact

**charles.white2@va.gov**

✉ Charles.White2@va.gov

📞 Katherine Gibney

📠 katherine.gibney@va.gov

## Secondary Point of Contact

# History

● **Jan 30, 2024 03:08 pm EST**
Sources Sought (Updated)

● **Jan 24, 2024 05:48 pm EST**
Sources Sought (Original)

**Feedback**

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



**WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov

An official website of the U.S. General Services Administration