# Exhibit 5

 An official website of the United States government   Here's how you know

⚠ **Cease Using the Entity Management API for Reps and Certs Information**
Show Details
Dec 13, 2023

**Entity Validation Processing**  Show Details
Feb 13, 2024

See All Alerts



Home    Search    Data Bank    Data Services    Help



US Army Corps of Engineers®

- **Contract Opportunity**
  - General Information
  - Classification
  - Description
  - Attachments/Links
  - Contact Information
  - History
- Award Notices

📰 Follow

# Missile Defense Agency (MDA) Ground Test Facility Infrastructure (GTFI), Redstone Arsenal, AL

○ ACTIVE                                          Contract Opportunity

**Notice ID**
W9127823R0069

**Related Notice**
W9127823R0069

**Department/Ind. Agency**
DEPT OF DEFENSE

**Sub-tier**

**DEPT OF THE ARMY**

**Major Command**
USACE

**Sub Command**
SAD

**Office**
US ARMY ENGINEER DISTRICT MOBILE

### Looking for contract opportunity help?



APEX Accelerators are an official government contracting resource for small businesses. Find your local APEX Accelerator for free government expertise related to contract opportunities.

APEX Accelerators are funded in part through a cooperative agreement with the Department of Defense.

The APEX Accelerators program was formerly known as the Procurement Technical Assistance Program (PTAP).

## General Information

**Contract Opportunity Type:** Presolicitation (Original)

**All Dates/Times are:** (UTC-06:00) CENTRAL STANDARD TIME, CHICAGO, USA

**Original Published Date:** Jan 29, 2024 02:39 pm CST

**Original Response Date:** Feb 13, 2024 04:00 pm CST

**Inactive Policy:** 15 days after response date

**Original Inactive Date:** Feb 28, 2024

**Initiative:**
- None

## Classification

**Original Set Aside:**

**Product Service Code:** Y1JZ - CONSTRUCTION OF MISCELLANEOUS BUILDINGS

**NAICS Code:**
- 236220 - Commercial and Institutional Building Construction

**Place of Performance:**
Redstone Arsenal , AL 35898
USA

# Description

This project is to convert approximately 163,466 SF of existing administrative space in Von Braun IV on Redstone Arsenal to data center; Research, Development, Testing and Engineer (RDT&E) laboratories; and updated administrative space for the Missile Defense Agency (MDA) Missile Defense System (MDS) mission. The existing facility is a five-story reinforced concrete and structural steel building on concrete footings, pre-cast wall panels, and build-up roofs.

Required functional areas include RDT&E laboratory space, data center/computer operations, administrative space, meeting rooms, access control, break rooms, and storage areas. New construction includes a 1,722 SF exterior stairwell and a 14,138 SF one-story building expansion to house electrical gear for the new data center. Supporting facilities includes high efficiency mechanical systems, electrically driven chillers, fire pumps, electrical supply and distribution, and uninterruptable power supplies and standby generators for mission critical loads.

The project also includes domestic water, sanitary sewer, storm drainage, electrical substation modifications, primary power transmission, natural gas and electrical services, fire protection and alarm systems, connectivity to telecommunications network and distributed service, modification of utility yard access roads, chilled water distribution, physical security, new mechanical and electrical equipment yards, and other site improvements. Accessibility will be provided in accordance with ADA-ABA guidelines. Antiterrorism force protection measures include building standoff distances, lighting, bollards, control gates and berms.

THIS PROJECT IS ADVERTISED ON AN UNRESTRICTED BASIS

THIS PROJECT IS A REQUEST FOR PROPOSAL (RFP), BEST VALUE SOURCE SELECTION SOLICITATION.

THE NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) CODE FOR

THIS PROJECT IS 236220.

THE EXPECTED MAGNITUDE OF THIS PROJECT IS BETWEEN $100,000,000.00 and $250,000,000.00

Note No. 1: All prospective contractors and their subcontractors and suppliers must be registered in The System for Award Management (SAM.gov) before they will be allowed to download solicitation information. Contractors must be registered in the System for Award Management (SAM) at https://sam.gov/content/home prior to solicitation of this requirement. Solicitation documents, plans and specifications will only be available via the Procurement Integrated Enterprise Environment (PIEE) website https://piee.eb.mil See attachments PIEE Solicitation Module Vendor Access Instructions and SOP PIEE Proposal Manager Offeror for instructions on getting access to the PIEE Solicitation Module and submitting your proposal. Registration for plans and specifications should be made via the Procurement Integrated Enterprise Environment (PIEE) website https://piee.eb.mil. If you are not registered, the United States Government is not responsible for providing you with notifications of any changes to this solicitation. The solicitation will be available only as a direct download. This solicitation will not be issued on CD-ROM. Neither telephonic, mailed, nor fax requests will be accepted. Registration should be completed one (1) week prior to the issue date. It is therefore the contractor's responsibility to monitor the website daily for the solicitation to be posted, and for any posted changes or amendments to this solicitation. The plans and specifications and all notifications of changes to this solicitation shall only be made through this posting and modifications hereto. Plans and specifications will not be provided in a printed-paper format; however, the Government reserves the right to revert to paper medium when it is determined to be in the Government's best interest. NOTE: This solicitation is in .pdf format and requires Adobe Acrobat Reader. Adobe Acrobat Reader may be downloaded free of charge at http://www.adobe.com/products/reader.

Note No. 2:  All bid forms, bid bonds, and other normal documents required for the bid submittal, including amendments to the bid submittal, shall be electronic format with the proposal.

Note No. 3:  Critical path method (network analysis system) is required.

Note No. 4:  This solicitation includes bid options which may not be awarded.

Note No. 5:  All advertisements of Mobile District projects will be through the Procurement Integrated Enterprise Environment (PIEE) website https://piee.eb.mil. Detailed information on this and other Mobile District

Projects (Ordering Solicitations, Points of Contact, Synopsis of Work, etc.) are available on the Internet at the Procurement Integrated Enterprise Environment (PIEE) website https://piee.eb.mil.

Address questions concerning downloading of plans/specifications to the Contract Specialist indicated above.

<u>Note No. 6</u>:  Site Visit information will be posted with the solicitation.

<u>Note No. 7</u>:  The request for information (RFI) process for bidder inquiries during the advertisement period will be through the ProjNet internet-based system, and specifics will be contained in the RFP solicitation package available exclusively from the Procurement Integrated Enterprise Environment (PIEE) website https://piee.eb.mil. Other forms of communicating RFIs to the Government will not be honored. The Government will try to respond to all questions. However, responses may not be furnished to all questions and particularly those received late in the advertisement period (0-10 days prior to bid opening.)

<u>Note No. 8</u>: In accordance with EO 14063, Use of Project Labor Agreements for Federal Construction Projects, issued 4 February 2022, Offerors shall submit an offer subject to Project Labor Agreement (PLA) requirements in accordance with FAR 22.504, General requirements for project labor agreements.  Any PLA reached pursuant to the PLA requirements in the solicitation does not change the terms of the contract or provide for any price adjustment by the Government.

## Attachments/Links

No attachments or links have been added to this opportunity.

## Contact Information

### Contracting Office Address

KO CONTRACTING DIVISION 109 ST JOSEPH ST

MOBILE , AL 36628-0001

USA

## Primary Point of Contact

Stephanie M. Scalise

✉ Stephanie.m.scalise@usace.army.mil

## Secondary Point of Contact

Kyle M. Rodgers

✉ kyle.m.rodgers@usace.army.mil

☎ 2516903356

# History

● **Jan 29, 2024 02:39 pm CST**
Presolicitation (Original)

● **Sep 30, 2023 10:55 pm CDT**
Special Notice (Original)



Feedback

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

| Policies | Customer Service |
|---|---|
| Terms of Use | Help |
| Privacy Policy | Check Entity Status |
| Disclaimers | Federal Service Desk |
| Freedom of Information Act | External Resources |
| Accessibility | Contact |

**WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

# SAM.gov

An official website of the U.S. General Services Administration